UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

Alexandria          DIVISION


Bipanjeet Singh

Plaintiff

VS.

LaSalle Correctional Center

Defendant

Case No.  1:20-cv-01172-P

Judge  David C. Joseph

Magistrate Judge  Perez-Montes

## ORDER

IT IS ORDERED that  Ben Baumgartner                    be and is hereby

admitted to the bar of this Court pro hac vice on behalf of  Bipanjeet Singh

in the above described action.

SO ORDERED on this, the  3rd  day of  December          , 2020

U.S. Magistrate Judge