UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **BIPANJEET SINGH,**<br>**Petitioner** | **CIVIL DOCKET NO. 1:20-CV-01172-P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **LASALLE CORRECTIONAL CENTER,**<br>**Respondent** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 21), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (ECF No. 1) and Amended Petition (ECF No. 10) are DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

THUS DONE AND SIGNED in Chambers, this 19th day of January, 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE